BLACK RIVER REGULATING DISTRICT et al., Respondents, *v.* ADIRONDACK LEAGUE CLUB, Appellant.

Submitted November 15, 1954; decided December 2, 1954.

Motion for reargument and to amend remittitur denied, with $10 costs and necessary printing disbursements. [See 307 N. Y. 475.]